IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

NOTICE: The cases below are scheduled for sentencings before **Honorable Joseph Dawson, III, United States District Judge**, in Courtroom #1, McMillan Federal Building, 401 West Evans Street, Florence, South Carolina, for **Tuesday, April 25, 2023,** at the times noted below.

Any variance requests, including Motions to Depart from Guidelines, are to be filed no later than Tuesday, April 11, 2023; replies to any motions, including information from Probation as to the issues raised therein, are due no later than Tuesday, April 18, 2023.

Pursuant to Federal Criminal Rule 49(b): Service is made only on the attorney representing the party and the surety for the party. Attorneys representing criminal defendants MUST notify your clients of all hearings.

AT THE DIRECTION OF THE COURT
ROBIN L. BLUME, CLERK
s/Sharon Welch-Meyer , Deputy Clerk

**10:30 AM**

| | |
|---|---|
| 4:22-cr-140-JD | AUSA Lauren Hummel |
| Mohammad Ribhi Farraj | Seth Cole Rose, Retained |
| | |
| 4:22-cr-00140-JD-2 | AUSA Lauren Hummel |
| Nariman Mahmoud Masoud | Wallace Herbert Jordan , Jr |

**1:30 PM**

| | |
|---|---|
| 4:22-cr-00140-JD-3 | AUSA Lauren Hummel |
| Marvet Masoud | Randall Kelly Mullins , CJA |